UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRUCE O. SCARBROUGH,

        Plaintiff,                     Case No. 15-cv-10624

v                                     Honorable Thomas L. Ludington

MIDLAND FUNDING, LLC, et al.,         Magistrate Judge Patricia T. Morris

        Defendants.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Bruce O. Scarbrough and Defendants Midland Funding, LLC, and Midland Credit Management, Inc., stipulate and agree to the dismissal of Plaintiff's complaint with prejudice and without costs to either party. ECF No. 19.

Accordingly, it is **ORDERED** that Plaintiff's complaint, ECF No. 1, and all claims in this matter are **DISMISSED with prejudice** and without costs. This is a final order and closes the case.

                                           s/Thomas L. Ludington
                                           THOMAS L. LUDINGTON
                                           United States District Judge

Dated: December 15, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 15, 2015.

                              s/Michael A. Sian
                              MICHAEL A. SIAN, Case Manager